# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Christopher B. McZorn**

    vs.

**Scott A. Evans, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:06-CV-33

\_\_\_\_   **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED JANUARY 16, 2008.

Dated: January 16, 2008

*Lawrence K. Baerman*
Clerk of Court

s/ S. Potter
By: Deputy Clerk